UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22539-BLOOM/Torres

DOGWOOD STATE BANK,
*a North Carolina state-chartered bank*,

    Plaintiff,

v.

MANAL S. MOUSSA-OLIVER,
*individually and* MICHAEL W. OLIVER,
*individually*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff Dogwood State Bank's Motion for Civil Contempt against Defendants Manal S. Moussa-Oliver and Michael W. Oliver ("Motion"), ECF No. [76], filed on April 30, 2025. The Motion was referred to the Honorable Magistrate Judge Edwin G. Torres for a Report and Recommendation ("R&R") on May 2, 2025. ECF No. [77]. On August 25, 2025, Judge Torres issued the R&R, recommending that the Motion be granted. ECF No. [81]. In the R&R, Judge Torres advised the parties that they would have fourteen days from the date of being served with a copy of the R&R to file any objections with the District Court. *Id.* at 16-17. To date, no party has filed any objections.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well

Case No. 23-cv-22539-BLOOM/Torres

reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that Defendants should be held in contempt of Court for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [81],** is **ADOPTED**;

2. Plaintiff's Motion for Civil Contempt, **ECF No. [76],** is **GRANTED**.

3. Each Defendant **shall be fined $1,000.00 per day** until they purge themselves of the contempt.

4. Plaintiff shall be required to serve this Order on each Defendant and file Notice that each Defendant has been served.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 10, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**